Eddie Lockhart
2706 Randolph St #353
Huntington Park CA 90255
323 533-6054

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY MK DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Eddie Lockhart

Plaintiff(s),

v.

Huntington Park Police Dept
Singh Deli DBA H.P. Tow Service, Inc

Defendant(s).

CASE NUMBER

CV15-04906 MWF (SS)

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

8-10-2015                            *Eddie Lockhart*
Date                                 Signature of Attorney/Party

2015 AUG 10 AM 11:24 LODGED

NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

# PROOF OF SERVICE

I, Eddie Lockhart (name), declare as follows. I am over the age of 18 years. My address is:

2701 Randolph Street #353
Huntington Park
CA 90255

On 8-11-2015 (date), I served the foregoing document described as:

Notice of Dismissal pursuant to Rule 41(a) or (c)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Huntington Park California, addressed to: (city, state)

Singh Deli DBA H.P. Tow Service (name)    Huntington Park Police Dept (name)
7300 Roseberry Ave. (address)              6542 Miles Avenue (address)
Huntington Park, CA 90255 (address)        Huntington Park, CA 90255 (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-10-2015 (date) at Los Angeles County (place of signing).

Eddie Lockhart (signature)
Eddie Lockhart (name)